FILED
CLERK, U.S. DISTRICT COURT
MAY 24 2010
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CIRILO RODRIGUEZ,<br><br>Petitioner,<br><br>v.<br><br>DOMINGO URIBE, JR., WARDEN,<br><br>Respondent. | Case No. CV 09-04283 ODW (AN)<br><br>ORDER APPROVING AND ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the file, including the Magistrate Judge's Report and Recommendation ("R&R") and Petitioner's Objection to the R&R (dkt. # 9), *de novo*. IT IS ORDERED that:

1. The Court finds Petitioner's contentions in his Objection to the R&R lack merit. Accordingly, Petitioner's Objection to the R&R is overruled, and the R&R is approved and adopted.

2. Judgment shall be entered denying the Petition and dismissing this action with prejudice.

3. Any and all other pending motions are denied as moot and terminated.

IT IS FURTHER ORDERED that the Clerk of the Court shall serve a copy of this Order and the Judgment on all counsel or parties of record.

Dated: May 18, 2010

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE