ENTER/JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CIRILO RODRIGUEZ,<br>      Petitioner,<br>    v.<br>DOMINGO URIBE, JR., WARDEN,<br>      Respondent. | Case No. CV 09-04283 ODW (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation and the Court's related Order approving and adopting the Report and Recommendation.

Dated: May 18, 2010

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE